No. 522. KATE TENDLER v. MORRIS TENDLER. Petition for writ of certiorari to the Court of Appeals of the District of Columbia. October 11, 1926. *Per Curiam.* The motion for leave to proceed in forma pauperis is denied for the reason that upon examination of the un-printed record the court finds no ground for certiorari, application for which is also denied. *Messrs. Harry A. Hegarty* and *Edwin A. Mooers* for petitioner. *Messrs. E. Hilton Jackson* and *Morgan H. Beach* for respondent.

No. 437. DANIEL J. HART v. H. B. NORTH ET AL. See *ante,* p. 637.

No. 248. JACOB GOLDMAN v. STATE OF ILLINOIS. See *ante,* p. 637.

No. 524. CANAL-COMMERCIAL TRUST & SAVINGS BANK AND UNION INDEMNITY COMPANY v. EARL BREWER. See *ante,* p. 638.

No. 657. DAVIS F. MITCHELL v. UNITED STATES. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. October 11, 1926. *Per Curiam.* Motion to proceed further in forma pauperis is denied for the reason that upon examination of the un-printed record the court finds no ground for certiorari, the application for which is also denied. *Mr. David F. Mitchell, pro se.* The *Attorney General* for the United States.

No. 371. ROTHSCHILD FRANCIS v. GEORGE WASHINGTON WILLIAMS, JUDGE OF THE DISTRICT COURT OF THE VIRGIN ISLANDS. October 11, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David Wallerstein* for petitioner. *Mr. Charles H. Gibson* for respondent.